UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                                          Crim. No. 21-157(6) (PAM/ECW)

          Plaintiff,

v.                                                                                                                    **ORDER**

Daniel Richard Thomas,

          Defendant.
_____

This matter is before the Court on Defendant Daniel Richard Thomas's pro se Motions for an extension of time and to appoint counsel. (Docket Nos. 498, 499.) Thomas seeks an additional 20 days to file a reply to his motion for compassionate release. The Court finds that an extension is warranted.

Thomas also asks that the Court appoint counsel on his behalf, but he provides no reason to support his request. In any event, the United States Constitution does not provide a right to counsel in post-conviction proceedings after a direct appeal. See United States v. Meeks, 971 F.3d 830, 833–34 (8th Cir. 2020). Because Thomas's motion for compassionate release constitutes such a post-conviction proceeding, he is not entitled to assistance of counsel. See United States v. Farah, Crim. No. 18-114, 2022 WL 4585689, at *2 (D. Minn. Sept. 29, 2022) (Wright, J.) (denying motion for appointment of counsel on a compassionate-release motion). Thus, the Court denies his request.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Thomas's Motion for an extension of time (Docket No. 498) is **GRANTED**;

2. Thomas's reply for his motion for compassionate release is due on December 22, 2025; and

3. Thomas's Motion to appoint counsel (Docket No. 499) is **DENIED**.

Dated: <u>November 26, 2025</u>

<u>*s/ Paul A. Magnuson*</u>
Paul A. Magnuson
United States District Court Judge